A93A2098. PAULIN et al. v. OKEHI et al.

JOHNSON, Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, *Paulin v. Okehi*, 264 Ga. 604 (449 SE2d 291) (1994), our decision in *Paulin v. Okehi*, 211 Ga. App. 752 (440 SE2d 486) (1994), is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. McMurray, P. J., and Blackburn, J., concur.*

DECIDED DECEMBER 8, 1994.

*Sutton & Associates, Berrien L. Sutton, Hallman & Stewart, Ronald W. Hallman,* for appellants.
*Knight & Fisher, Joy H. Fisher,* for appellees.